# United States District Court
## *Southern District of Georgia*

Robert Leslie Fallin

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV417-92

Michael Kelly et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated August 2, 2017 which adopts the Report and Recommendation of the Magistrate Judge as the opinion of this Court. This case is dismissed without prejudice. This action stands closed.



August 2, 2017
Date

Scott L. Poff
Clerk

(By) Deputy Clerk